IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| VARIOUS PLAINTIFFS, Plaintiffs, v. VARIOUS DEFENDANTS, Defendants | This Document Relates to: **Cases on the attached Exhibit "A"** |

FILED
AUG 29 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

This matter coming to be heard on Plaintiffs' Motion to Dismiss Specific Defendants From CVLO-4 Cases Pursuant to Fed. R. Civ. P. 41(a)(2), **IT IS HEREBY ORDERED** that the specific defendants on Exhibit A are dismissed without prejudice and without costs from plaintiffs' cases as outlined on Exhibit A. This dismissal affects no other defendants in cases listed on Exhibit A and plaintiffs' cases shall proceed as to all remaining defendants.

Date: AUG 28 2012

_____
Honorable Eduardo C. Robreno

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| VARIOUS PLAINTIFFS,<br>　　　　　　　　　Plaintiffs,<br>v.<br>VARIOUS DEFENDANTS,<br>　　　　　　　　　Defendants | This Document Relates to:<br>Cases on the attached Exhibit "A" |

### Plaintiffs' Motion to Dismiss Specific Defendants From CVLO-4 Cases Pursuant to Fed. R. Civ. P. 41(a)(2)

Now come the plaintiffs on the attached Exhibit A ("Plaintiffs") who, by and through their attorneys, Cascino Vaughan Law Offices, Ltd., and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby file this motion to dismiss specific defendants from their actions, without prejudice and without costs, and in support thereof states the following:

1. Plaintiffs belong to the CVLO-4 Case Management and Scheduling Order. Per the Scheduling Order, plaintiffs submitted a list of specific defendants whom they are willing to voluntarily dismiss from their cases without prejudice and without costs, with plaintiffs' cases to proceed against other active defendants. (Outlined on Exhibit A.)

2. Rather than dismiss these specific defendants piece-meal via individual stipulations, plaintiffs' seek a consolidated order dismissing only these specific defendants in the interest of efficiency for all parties.

3. Federal Rule of Civil Procedure 41(a)(2) provides for dismissal without prejudice.

WHEREFORE, plaintiffs on the attached Exhibit A pray this Honorable Court enter an order dismissing these specific defendants, as outlined on the attached Exhibit A, without prejudice and without costs, with plaintiffs' cases to proceed against all remaining defendants.

Respectfully submitted,

Dated: August 27, 2012

By: _____
One of Plaintiff's Attorneys

Allen D. Vaughan
Michael P. Cascino
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Civil Action No. MDL 875

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2012, in accordance with the Court's August 16, 2011, order regarding identical filings in ten or more cases (01-md-875 Doc. No. 8050), I sent the forgoing via Federal Express to Mary Chase of the U.S. District Court for the Eastern District of Pennsylvania Clerk's Office to be filed in and served for each of the cases on the attached Exhibit "A".

A courtesy copy has also been sent via email to:

Chambers_of_Judge_Strawbride@paed.uscourts.gov
Joel_Lang@paed.uscourts.gov
Lauren_A_Fine@paed.uscourts.gov

*[signature]*
Kalvin Aldana
MDL Assistant
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607
Ph: 312.944.0600
Email: kaldana@cvlo.com

cc via email: All Counsel

# Exhibit A

*Defendants plaintiffs' seek to dismiss from CVLO-4 cases*

| Last | First | PAED | Defendant |
|---|---|---|---|
| Arseneault | Clovis | 10-CV-67621 | Georgia Pacific Corporation |
| Austin | Richard | 08-CV-89340 | Shell Oil Company |
| Austin | Richard | 08-CV-89340 | Westinghouse Electric Company |
| Baker | Joseph | 08-CV-91189 | Union Carbide Corporation |
| Bieganski | Ronald | 09-CV-60498 | General Electric Company |
| Bieganski | Ronald | 09-CV-60498 | General Refractories Company |
| Bieganski | Ronald | 09-CV-60498 | Maremont Corporation |
| Bolton | John | 09-CV-60186 | General Refractories Company |
| Bolton | John | 09-CV-60186 | Rhone-Poulenc AG Company |
| Brazzoni | Alfred | 11-CV-63501 | Bayer Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc. |
| Brazzoni | Alfred | 11-CV-63501 | Bechtel Corporation |
| Brazzoni | Alfred | 11-CV-63501 | Crane Co. |
| Brazzoni | Alfred | 11-CV-63501 | DAP Products, Inc., Individually and as Successor to DAP, Inc. |
| Brazzoni | Alfred | 11-CV-63501 | Foseco Inc. |
| Brazzoni | Alfred | 11-CV-63501 | Goodrich Corporation |
| Brazzoni | Alfred | 11-CV-63501 | Kaiser Gypsum Company, Inc. |
| Brazzoni | Alfred | 11-CV-63501 | Koppers, Inc. |
| Bresnahan | Thomas | 09-CV-60331 | Uniroyal Inc. |
| Carver | Jack | 08-CV-90285 | General Electric Company |
| Carver | Jack | 08-CV-90285 | Westinghouse Electric Company |
| Centner | Jerome | 09-CV-60395 | Uniroyal Inc. |
| Cook | Joseph | 08-CV-89446 | General Refractories Company |

| Cook | Joseph | 08-CV-89446 | I U North America Incorporated |
|---|---|---|---|
| Cook | Joseph | 08-CV-89446 | Maremont Corporation |
| Cook | Joseph | 08-CV-89446 | Rhone-Poulenc AG Company |
| Crumwell | Richard | 09-CV-61744 | A W Chesterton Company |
| Crumwell | Richard | 09-CV-61744 | Georgia Pacific Corporation |
| Dittamore | William | 10-CV-64583 | General Refractories Company |
| Earl | Darnell | 08-CV-91055 | General Electric Company |
| Earl | Darnell | 08-CV-91055 | General Refractories Company |
| Earl | Darnell | 08-CV-91055 | Georgia Pacific Corporation |
| Earl | Darnell | 08-CV-91055 | IU North America |
| Earl | Darnell | 08-CV-91055 | Industrial Holdings Corporation |
| Earl | Darnell | 08-CV-91055 | Nosroc Corporation |
| Earl | Darnell | 08-CV-91055 | Rhone-Poulenc AG Company |
| Earl | Darnell | 08-CV-91055 | Westinghouse Electric Company |
| Embly | Robert | 10-CV-64584 | General Electric Company |
| Embly | Robert | 10-CV-64584 | General Refractories Company |
| Embly | Robert | 10-CV-64584 | Georgia Pacific Corporation |
| Embly | Robert | 10-CV-64584 | Minnesota Mining & Manufacturing Company |
| Embly | Robert | 10-CV-64584 | Rhone-Poulenc AG Company |
| Esser | Charles | 09-CV-60287 | A W Chesterton Company |
| Esser | Charles | 09-CV-60287 | General Refractories Company |
| Esser | Charles | 09-CV-60287 | Goodrich Corporation |
| Esser | Charles | 09-CV-60287 | Industrial Holdings Corporation |
| Esser | Charles | 09-CV-60287 | Maremont Corporation |
| Esser | Charles | 09-CV-60287 | Westinghouse Electric Company |

2

| Fata | Frank | 08-CV-90058 | Georgia Pacific Corporation |
| Fata | Frank | 08-CV-90058 | I U North America Incorporated |
| Fata | Frank | 08-CV-90058 | Industrial Holdings Corporation |
| Fata | Frank | 08-CV-90058 | Maremont Corporation |
| Fata | Frank | 08-CV-90058 | Nosroc Corporation |
| Fata | Frank | 08-CV-90058 | Rhone-Poulenc AG Company |
| Frisch | Louis | 09-CV-61354 | Georgia Pacific Corporation |
| Frisch | Louis | 09-CV-61354 | John Crane |
| Fulk | Ralph | 09-CV-64678 | A W Chesterton Company |
| Fulk | Ralph | 09-CV-64678 | General Refractories Company |
| Fulk | Ralph | 09-CV-64678 | Georgia Pacific Corporation |
| Fulk | Ralph | 09-CV-64678 | I U North America Incorporated |
| Fulk | Ralph | 09-CV-64678 | Nosroc Corporation |
| Fulk | Ralph | 09-CV-64678 | Owens Illinois Incorporated |
| Fulk | Ralph | 09-CV-64678 | Rhone-Poulenc AG Company |
| Fulk | Ralph | 09-CV-64678 | Union Carbide Corporation |
| Fulk | Ralph | 09-CV-64678 | Westinghouse Electric Company |
| Gilkey | Haydon | 08-CV-91088 | General Refractories Company |
| Gilkey | Haydon | 08-CV-91088 | Georgia Pacific Corporation |
| Gilkey | Haydon | 08-CV-91088 | I U North America Incorporated |
| Gilkey | Haydon | 08-CV-91088 | Minnesota Mining & Manufacturing Company |
| Gilkey | Haydon | 08-CV-91088 | Nosroc Corporation |
| Gilkey | Haydon | 08-CV-91088 | Rhone-Poulenc AG Company |
| Gilkey | Haydon | 08-CV-91088 | Westinghouse Electric Company |
| Giuliano | William | 09-CV-64609 | General Refractories Company |

3

| Giuliano | William | 09-CV-64609 | Rhone-Poulenc AG Company |
| Gosz | Clarence | 10-CV-67808 | General Electric Company |
| Gosz | Clarence | 10-CV-67808 | Maremont Corporation |
| Gosz | Clarence | 10-CV-67808 | Rhone-Poulenc AG Company |
| Harnisch | Henry | 09-CV-92208 | General Refractories Company |
| Harnisch | Henry | 09-CV-92208 | I U North America Incorporated |
| Harnisch | Henry | 09-CV-92208 | Maremont Corporation |
| Harnisch | Henry | 09-CV-92208 | Nosroc Corporation |
| Hatfield | Bobby | 08-CV-92147 | General Refractories Company |
| Hatfield | Bobby | 08-CV-92147 | I U North America Incorporated |
| Hatfield | Bobby | 08-CV-92147 | Industrial Holdings Corporation |
| Hatfield | Bobby | 08-CV-92147 | Nosroc Corporation |
| Hatfield | Bobby | 08-CV-92147 | Rhone-Poulenc AG Company |
| Heggie | JW | 08-CV-89372 | Uniroyal Inc. |
| Heinrich | John | 09-CV-60513 | A W Chesterton Company |
| Heinrich | John | 09-CV-60513 | General Electric Company |
| Heinrich | John | 09-CV-60513 | General Refractories Company |
| Heinrich | John | 09-CV-60513 | Maremont Corporation |
| Heinrich | John | 09-CV-60513 | Westinghouse Electric Company |
| Holme | Darrell | 08-CV-91090 | Georgia Pacific Corporation |
| Holme | Darrell | 08-CV-91090 | I U North America Incorporated |
| Holme | Darrell | 08-CV-91090 | Industrial Holdings Corporation |
| Iverson | Richard | 09-CV-60154 | General Electric Company |
| Iverson | Richard | 09-CV-60154 | John Crane |
| Jackson | Floyd | 08-CV-90263 | Georgia Pacific Corporation |
| Jackson | Floyd | 08-CV-90263 | Maremont Corporation |
| Jeske | Kenneth | 09-CV-60547 | AW Chesterton |



| | | | |
|---|---|---|---|
| Jeske | Kenneth | 10-CV-62015 | AW Chesterton |
| Jeske | Kenneth | 09-CV-60547 | American Standard |
| Jeske | Kenneth | 10-CV-62015 | American Standard |
| Jeske | Kenneth | 09-CV-60547 | Bayer Crop Science Inc. |
| Jeske | Kenneth | 10-CV-62015 | Bayer Crop Science Inc. |
| Jeske | Kenneth | 09-CV-60547 | John Crane |
| Jeske | Kenneth | 10-CV-62015 | John Crane |
| Jeske | Kenneth | 09-CV-60547 | Westinghouse Electric Company |
| Jeske | Kenneth | 10-CV-62015 | Westinghouse Electric Company |
| Johnson | Francis | 11-CV-66278 | Certainteed Corporation |
| Johnson | Francis | 11-CV-66278 | Crane Co. |
| Johnson | Francis | 11-CV-66278 | DAP Products, Inc., Individually and as Successor to DAP, Inc. |
| Johnson | Francis | 11-CV-66278 | Oakfabco Inc. |
| Johnson | Francis | 11-CV-66278 | Riley Power, Inc. |
| Johnson | Francis | 11-CV-66278 | The Marley-Wylain Company a/k/a/ Weil-McLain Company |
| Johnson | Harry | 09-CV-61599 | Westinghouse Electric Company |
| Jones | Asa | 08-CV-90132 | Foster Wheeler Energy Corporation |
| Jones | Asa | 08-CV-90132 | General Electric Company |
| Jones | Asa | 08-CV-90132 | I U North America Incorporated |
| Jones | Asa | 08-CV-90132 | Industrial Holdings Corporation |
| Jones | Asa | 08-CV-90132 | Maremont Corporation |
| Jones | Asa | 08-CV-90132 | National Services Industries Incorporated |
| Jones | Asa | 08-CV-90132 | Nosroc Corporation |
| Jones | Asa | 08-CV-90132 | Owens Illinois Incorporated |
| Jones | Asa | 08-CV-90132 | Rhone-Poulenc AG Company |
| Jones | Asa | 08-CV-90132 | Westinghouse Electric Company |
| Jones | Duane | 09-CV-60440 | General Refractories Company |
| Jones | Fred | 08-CV-89854 | I U North America Incorporated |

| Jones | Fred | 08-CV-89854 | Maremont Corporation |
|---|---|---|---|
| Jones | Fred | 08-CV-89854 | Nosroc Corporation |
| Jones | Fred | 08-CV-89854 | Rhone-Poulenc AG Company |
| Junk | Bonnie | 09-CV-60550 | A W Chesterton Company |
| Junk | Bonnie | 09-CV-60550 | Foster Wheeler Corp |
| Kayser | Allan | 09-CV-60273 | Maremont Corporation |
| Keller | James | 09-CV-64594 | General Refractories Company |
| Keller | James | 09-CV-64594 | Georgia Pacific Corporation |
| Keller | James | 09-CV-64594 | Westinghouse Electric Company |
| Kelley | Howard | 10-CV-67555 | Airco The Boc Group |
| Kelley | Howard | 10-CV-67555 | Empire Ace Manufacturing & Insulation Company |
| Kelley | Howard | 10-CV-67555 | Industrial Holdings Corporation |
| Kemper | Jack | 08-CV-89498 | General Refractories Company |
| Kemper | Jack | 08-CV-89498 | I U North America Incorporated |
| Kemper | Jack | 08-CV-89498 | Industrial Holdings Corporation |
| Kemper | Jack | 08-CV-89498 | Maremont Corporation |
| Kemper | Jack | 08-CV-89498 | Rhone-Poulenc AG Company |
| Kraus | Robert | 10-CV-61338 | Airco The Boc Group |
| Kraus | Robert | 10-CV-61338 | General Refractories Company |
| Kraus | Robert | 10-CV-61338 | I U North America Incorporated |
| Kraus | Robert | 10-CV-61338 | Industrial Holdings Corporation |
| Kraus | Robert | 10-CV-61338 | Maremont Corporation |
| Kraus | Robert | 10-CV-61338 | Nosroc Corporation |
| Krause | Clayton | 09-CV-60406 | Atlantic Richfield Company |
| Krause | Clayton | 09-CV-60406 | Durametallic Corporation |
| Krause | Clayton | 09-CV-60406 | Essex Group Incorporated |
| Krause | Clayton | 09-CV-60406 | General Electric Company |
| Krause | Clayton | 09-CV-60406 | Honeywell Incorporated |



| Krause | Clayton | 09-CV-60406 | Industrial Holdings Corporation |
|---|---|---|---|
| Krause | Clayton | 09-CV-60406 | International Minerals & Chemicals Corporation |
| Krause | Clayton | 09-CV-60406 | Luse Stevenson Company |
| Krause | Clayton | 09-CV-60406 | Montello Incorporated |
| Krause | Clayton | 09-CV-60406 | Parker Hannifin Corporation |
| Krause | Clayton | 09-CV-60406 | Schulte Paint And Lacquer Manufacturing Company |
| Krause | Clayton | 09-CV-60406 | USX Corporation |
| Krause | Clayton | 09-CV-60406 | Uniroyal Inc. |
| Lundahl | Robert | 09-CV-60444 | Minnesota Mining & Manufacturing Company |
| Lundahl | Robert | 09-CV-60444 | Rhone-Poulenc AG Company |
| McFarland | Charles | 08-CV-89381 | General Refractories Company |
| Miller | Victor | 09-CV-60519 | Certainteed Corporation |
| Miller | Victor | 09-CV-60519 | General Refractories Company |
| Miller | Victor | 09-CV-60519 | Maremont Corporation |
| Miller | Victor | 09-CV-60519 | Westinghouse Electric Company |
| Miller | Wallace | 08-CV-89901 | General Refractories Company |
| Miller | Wallace | 08-CV-89901 | Georgia Pacific Corporation |
| Miller | Wallace | 08-CV-89901 | Rapid American Corporation |
| Miller | Wallace | 08-CV-89901 | Westinghouse Electric Company |
| Muehlberger | Max | 11-CV-63518 | CBS Corporation |
| Muehlberger | Max | 11-CV-63518 | Certainteed Corporation |
| Muehlberger | Max | 11-CV-63518 | DAP Products, Inc., Individually and as Successor to DAP, Inc. |
| Muehlberger | Max | 11-CV-63518 | Goodrich Corporation |
| Muehlberger | Max | 11-CV-63518 | Honeywell International Inc. |
| Muehlberger | Max | 11-CV-63518 | ITT Corporation |
| Muehlberger | Max | 11-CV-63518 | Kaiser Gypsum Company, Inc. |
| Nuutinen | Charles | 09-CV-61333 | A W Chesterton Company |

7

| | | | |
|---|---|---|---|
| Nuutinen | Charles | 09-CV-61333 | General Refractories Company |
| Nuutinen | Charles | 09-CV-61333 | Rhone-Poulenc AG Company |
| Phillips | John | 08-CV-90122 | A W Chesterton Company |
| Phillips | John | 08-CV-90122 | Georgia Pacific Corporation |
| Phillips | John | 08-CV-90122 | Goodrich Corporation |
| Phillips | John | 08-CV-90122 | I U North America Incorporated |
| Phillips | John | 08-CV-90122 | Industrial Holdings Corporation |
| Phillips | John | 08-CV-90122 | Maremont Corporation |
| Phillips | John | 08-CV-90122 | Owens Illinois Incorporated |
| Pietrzycki | Stanley | 10-CV-61349 | Foster Wheeler Energy Corporation |
| Pietrzycki | Stanley | 10-CV-61349 | Georgia Pacific Corporation |
| Pietrzycki | Stanley | 10-CV-61349 | I U North America Incorporated |
| Pietrzycki | Stanley | 10-CV-61349 | Industrial Holdings Corporation |
| Pietrzycki | Stanley | 10-CV-61349 | Maremont Corporation |
| Pietrzycki | Stanley | 10-CV-61349 | Nosroc Corporation |
| Ringo | Robert | 09-CV-91454 | CNH Global |
| Risse | Loren | 10-CV-67857 | A W Chesterton Company |
| Risse | Loren | 10-CV-67857 | Airco The Boc Group |
| Risse | Loren | 10-CV-67857 | Foster Wheeler Corp |
| Risse | Loren | 10-CV-67857 | General Electric Company |
| Risse | Loren | 10-CV-67857 | General Refractories Company |
| Risse | Loren | 10-CV-67857 | Georgia Pacific Corporation |
| Risse | Loren | 10-CV-67857 | I U North America Incorporated |
| Risse | Loren | 10-CV-67857 | Maremont Corporation |
| Risse | Loren | 10-CV-67857 | National Services Industries Incorporated |
| Risse | Loren | 10-CV-67857 | Nosroc Corporation |
| Risse | Loren | 10-CV-67857 | Westinghouse Electric Company |

| | | | |
|---|---|---|---|
| Ruesken | Louis | 09-CV-61820 | Georgia Pacific Corporation |
| Schmidt | Donald | 08-CV-90063 | Anaconda Steel & Wire Company |
| Schmidt | Donald | 08-CV-90063 | General Electric Company |
| Schmidt | Donald | 08-CV-90063 | General Refractories Company |
| Schmidt | Donald | 08-CV-90063 | Georgia Pacific Corporation |
| Schmidt | Donald | 08-CV-90063 | I U North America Incorporated |
| Schmidt | Donald | 08-CV-90063 | Nosroc Corporation |
| Schmidt | Donald | 08-CV-90063 | Rhone-Poulenc AG Company |
| Schmidt | Donald | 08-CV-90063 | Union Carbide Corporation |
| Schmidt | Donald | 08-CV-90063 | Westinghouse Electric Company |
| Schroeder | Cletus | 09-CV-61430 | A W Chesterton Company |
| Schroeder | Cletus | 09-CV-61430 | General Refractories Company |
| Schroeder | Cletus | 09-CV-61430 | Rhone-Poulenc AG Company |
| Schroeder | Cletus | 09-CV-61430 | Westinghouse Electric Company |
| Sharp | Cliff | 08-CV-90465 | General Refractories Company |
| Sharp | Cliff | 08-CV-90465 | Georgia Pacific Corporation |
| Sienko | Ronald | 09-CV-60481 | Foster Wheeler Corporation |
| Sienko | Ronald | 09-CV-60481 | Foster Wheeler Energy Corporation |
| Sienko | Ronald | 09-CV-60481 | General Refractories Company |
| Sienko | Ronald | 09-CV-60481 | Maremont Corporation |
| Sienko | Ronald | 09-CV-60481 | Westinghouse Electric Company |
| Strerath | William | 11-CV-63496 | A.W. Chesterton Company |
| Strerath | William | 11-CV-63496 | Amtico International, Inc. |
| Strerath | William | 11-CV-63496 | Bechtel Corporation |
| Strerath | William | 11-CV-63496 | CBS Corporation |

9

| | | | |
|---|---|---|---|
| Strerath | William | 11-CV-63496 | Certainteed Corporation |
| Strerath | William | 11-CV-63496 | Crane Co. |
| Strerath | William | 11-CV-63496 | General Refractories Company |
| Strerath | William | 11-CV-63496 | Honeywell International Inc. |
| Strerath | William | 11-CV-63496 | ITT Corporation, Inc. |
| Strerath | William | 11-CV-63496 | International Paper Company |
| Strerath | William | 11-CV-63496 | Kaiser Gypsum Company, Inc. |
| Strerath | William | 11-CV-63496 | Michelin North America, Inc., as successor to Uniroyal, Inc. |
| Strerath | William | 11-CV-63496 | Oakfabco Inc. |
| Strerath | William | 11-CV-63496 | Riley Power Inc. |
| Strerath | William | 11-CV-63496 | Tarkett, Inc., Individually as and successor to Domco, Inc., & Azrock, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | A.W. Chesterton Company |
| Van Stippen | Joseph | 11-CV-63483 | Albany Felt Company Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Alfa Laval, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Amtico International, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Bayer Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Bechtel Corporation |
| Van Stippen | Joseph | 11-CV-63483 | Borg-Warner Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Brake Supply Company, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Brandon Drying Fabrics, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Buffalo Pumps, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Ceco Friction Products, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Certainteed Corporation |
| Van Stippen | Joseph | 11-CV-63483 | Cornell Pump Company |
| Van Stippen | Joseph | 11-CV-63483 | Crane Co. |
| Van Stippen | Joseph | 11-CV-63483 | DAP Products, Inc., Individually and as Successor to DAP, Inc. |

10

| Van Stippen | Joseph | 11-CV-63483 | Fenner, Inc. |
|---|---|---|---|
| Van Stippen | Joseph | 11-CV-63483 | Foseco Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Foster Wheeler LLC |
| Van Stippen | Joseph | 11-CV-63483 | Gardner Denver |
| Van Stippen | Joseph | 11-CV-63483 | General Refractories Company |
| Van Stippen | Joseph | 11-CV-63483 | Goulds Pumps, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Honeywell International Inc. |
| Van Stippen | Joseph | 11-CV-63483 | ITT Corporation |
| Van Stippen | Joseph | 11-CV-63483 | Ingersoll Rand Company |
| Van Stippen | Joseph | 11-CV-63483 | John Crane Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Kaiser Gypsum Company, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Kentile, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Maremont Corporation |
| Van Stippen | Joseph | 11-CV-63483 | Michelin North America, Inc., as successor to Uniroyal, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Minnesota Mining and Manufacturing Co. |
| Van Stippen | Joseph | 11-CV-63483 | Motion Industries, Inc., as successor to Wisconsin Bearing Company |
| Van Stippen | Joseph | 11-CV-63483 | Mount Vernon Mills, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Navistar Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Oakfabco Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Parker-Hannifin Corporation |
| Van Stippen | Joseph | 11-CV-63483 | Peerless Pump Company |
| Van Stippen | Joseph | 11-CV-63483 | Pentair Pump Group, Inc., Individually and as Successor to Aurora Pumps |
| Van Stippen | Joseph | 11-CV-63483 | Tarkett, Inc., Individually as and successor to Domco, Inc., & Azrock, Inc. |
| Van Stippen | Joseph | 11-CV-63483 | The Marley-Wylain Company a/k/a/ Weil-McLain Company |
| Van Stippen | Joseph | 11-CV-63483 | Trane U.S. Inc. |
| Van Stippen | Joseph | 11-CV-63483 | Viking Pump Inc |
| Van Stippen | Joseph | 11-CV-63483 | Xerium Technologies, Inc., as successor to Weavexx Corporation |

| Last | First | Case | Defendant |
|---|---|---|---|
| Van Stippen | Joseph | 11-CV-63483 | Zurn Industries |
| Weber | Ronald | 08-CV-91052 | IU North America |
| Weber | Ronald | 08-CV-91052 | Industrial Holdings Corporation |
| Weber | Ronald | 08-CV-91052 | Nosroc Corporation |
| Weber | Ronald | 08-CV-91052 | Rhone-Poulenc AG Company |
| Willey | Russel | 08-CV-90166 | Certainteed Corporation |
| Willey | Russel | 08-CV-90166 | General Electric Company |
| Willey | Russel | 08-CV-90166 | Georgia Pacific Corporation |
| Willey | Russel | 08-CV-90166 | Maremont Corporation |
| Willey | Russel | 08-CV-90166 | Minnesota Mining and Manufacturing Co. |
| Willey | Russel | 08-CV-90166 | Owens-Illinois Inc. |
| Willey | Russel | 08-CV-90166 | Rhone-Poulenc AG Company |
| Willey | Russel | 08-CV-90166 | Westinghouse Electric Company |
| Williams | Ernest | 08-CV-91062 | I U North America Incorporated |
| Williams | Ernest | 08-CV-91062 | Industrial Holdings Corporation |
| Williams | Ernest | 08-CV-91062 | Nosroc Corporation |
| Woodruff | Homer | 10-CV-64679 | General Electric Company |
| Woodruff | Homer | 10-CV-64679 | General Refractories Company |
| Woodruff | Homer | 10-CV-64679 | Georgia Pacific LLC |
| Zellner | Clifford | 11-CV-66746 | A.W. Chesterton Company |
| Zellner | Clifford | 11-CV-66746 | Borg-Warner Inc. |
| Zellner | Clifford | 11-CV-66746 | Oakfabco Inc. |
| Zellner | Clifford | 11-CV-66746 | Riley Power, Inc. |
| Zellner | Clifford | 11-CV-66746 | The Marley-Wylain Company a/k/a/ Weil-McLain Company |
| Zellner | Clifford | 11-CV-66746 | Trane U.S. Inc. |
| Zellner | Clifford | 11-CV-66746 | Union Carbide Corporation |

/2

Certificate of Service

**MAILED:**

| | | | |
|---|---|---|---|
| AMBER ACHILLES | DENNIS GRABER | JOSHUA MURPHY | RICHARD BOLTON |
| ANDREW STUART | DEREK SMITH | JUAN RAMIREZ | RICHARD HAAS |
| BILLEE WARD | DEVLIN SCHOOP | K. CAREY | RICHARD STEINKEN |
| BRIAN CAHILL | FRANCIS MORRISSEY | KARL KOONS | ROBERT KOPKA |
| BRIAN EBENER | J. FITZGERALD | KENNETH GORENBERG | ROBERT WRIGHT |
| BRIAN FIELDS | JACK BLOCK | KEVIN LONG | RONALD CURTIS |
| BRIAN PLEGGE | JACQUELYN CHAMPAGNE | KEVIN REID | RONALD WELDY |
| BRUCE KAMPLAIN | JAMES CULHANE | KRISTIN ACHTERHOF | SCOTT KYROUAC |
| C. KOEBELE | JAMES REIHER | KRISTINE KRAFT | STEPHEN KRAVIT |
| CAROL PRYGROSKY | JAMES SNYDER | LEON TODD | STEPHEN MAASSEN |
| CATHERINE NOVACK | JAMES WHEELER | MARK RAKOCZY | STEVEN CELBA |
| CHARLES BOHL | JAN DODD | MARK ROSEN | STEVEN SANDERS |
| CHRISTOPHER RAISTRICK | JEFFREY MCKEAN | MELISSA SKILKEN | SUSAN HUNTER |
| CLARKE GILLESPIE | JEFFREY REEL | MICHAEL CIESLEWICZ | TERENCE SELBY |
| DANIEL OVERBEY | JEFFREY SCHMECKPEP | MICHAEL HENNIG | THOMAS MEYER |
| DAVID BARTEL | JENNIFER FARDY | MICHAEL KAEDING | THOMAS MIXDORF |
| DAVID MORRIS | JEROME KRINGS | NORA PLATT | TIMOTHY UEBER |
| DEAN PANOS | JOEL POOLE | PAMELA PAIGE | VANI SINGHAL |
| DEBORAH SOLMOR | JOHN FREY | PETER HATTON | VICTOR LAZZARETTI |
| DEMARCUS GORDON | JOHN O'SULLIVAN | PETER HICKEY | W. WELSH |
| DENIS RISCHARD | JOHN RUSHING | R. MUTH | WILLIAM EHRKE |
| DENNIS DOBBELS | JOSEPH O'HARA | R. STOMMEL | WILLIAM HASSLER |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ADAM JAGADICH | DOUGLAS POLAND | KIMBERLY HILLMAN | ROBERT LONG |
| AHNDREA VANDENELZE | DOUGLAS PROCHNOW | KIMBERLY SARFF | ROBERT MCCOY |
| ALBERT PARNELL | DREW ODUM | KIRK HARTLEY | ROBERT MEYER |
| ALLEN VAUGHAN | EDWARD CASMERE | KNIGHT ANDERSON | ROBERT RALEIGH |
| AMANDA SUMMERLIN | EDWARD KENNEY | KRISTINA LEMANSKI | ROBERT RILEY |
| AMIEL GROSS | EDWARD MCCAMBRIDG | KURTIS REEG | ROBERT SANDS |
| ANDREW DETHERAGE | EDWARD STUKES | LANCE MUELLER | ROBERT SCHROEDER |
| ANTHONY GOLDNER | EMILY ZAPOTOCNY | LAUREL JOHNSON | ROBERT SPINELLI |
| BASIL DISIPIO | ERIC CARLSON | LAURIE MCLEROY | ROGER HEIDENREIC |
| BRADLEY BULTMAN | EVAN EISNER | LISA DILLMAN | RONALD HACK |
| BRETT LARSEN | GERMAINE WILLETT | M. GRANT | RUSSELL SCOTT |
| BRIAN WATSON | GREGORY LYONS | MAJA EATON | SARAH MILLER |
| BRYAN SKELTON | GREGORY MCNAMEE | MARGARET FOSTER | SARAH PAGELS |
| BRYCE BENNETT | J. BRADLEY | MARK DESROCHERS | SCOTT HENRY |
| C. DOUGLAS | JAMES BOYERS | MARK EISLER | SCOTT SIMPKINS |
| C. EVERT | JAMES CARTER | MARK FELDMANN | SCOTT THOMSEN |
| CAROL ZUCKERMAN | JAMES DENIS | MARK LUDOLPH | SEAN SHEEHAN |
| CATHERINE CARLSON | JAMES JACOBSON | MARK SAMPSON | SHAWANE LEE |
| CATHERINE MOHAN | JAMES KASPER | MARK TIVIN | SHAWN BABIUCH |
| CHAN MCLEOD | JAMES MURRAY | MARTHA REGGI | STEPHEN JENKINS |
| CHARLES JOLEY | JAMES NIQUET | MARY ANN HATCH | STEPHEN MILOTT |
| CHRISTI JONES | JAMES WYNNE | MARY GAY | STEPHEN SCHWARTZ |
| CHRISTOPHER BANASZAK | JAMIE YADGAROFF | MATTHEW FISCHER | STEVEN BARBER |
| CHRISTOPHER CONRAD | JANELLE LINDER | MATTHEW THIBODEAU | STEVEN KIRSCH |
| CHRISTOPHER LARSON | JASON KENNEDY | MEGAN MURRAY | SUSAN MEHRINGER |
| CHRISTOPHER LEE | JASON RUBIN | MELISSA SMITH | TEIRNEY CHRISTENSO |
| CHRISTOPHER P.BANASZAK | JEFFREY HEBRANK | MICAH INLOW | THOMAS CANNON |
| CHRISTOPHER TRIBLE | JENNIFER STUDEBAKER | MICHAEL BERGIN | THOMAS GILLIGAN |

Certificate of Service

**E-MAILED(con't):**

| | | | |
|---|---|---|---|
| CHRISTOPHER WAHL | JENNIFER WATSON | MICHAEL CASCINO | THOMAS GONZALEZ |
| CLARE MAISANO | JOHN BABIONE | MICHAEL DENNING | THOMAS HAYES |
| CLARE RUSH | JOHN CANONI | MICHAEL DRUMKE | THOMAS KERNELL |
| CRAIG LILJESTRAN | JOHN FONSTAD | MICHAEL ROSENBERG | THOMAS NORBY |
| CURTIS BAILEY | JOHN KUROWSKI | MICHAEL TRUCCO | THOMAS ORRIS |
| CYNTHIA LOCKE | JOHN LAFFEY | MICHAEL ZUKOWSKI | THOMAS SCHMITZER |
| DANIEL CHEELY | JOHN SEEBOHM | MITCHELL MOSER | THOMAS SCHRIMPF |
| DANIEL DONAHUE | JOHN WALLER | NATHAN FRONK | THOMAS TARDY |
| DANIEL GRIFFIN | JON BAROOSHIAN | NATHANIEL CADE | THOMAS THIBODEAU |
| DANIEL JARDINE | JON FREDRICKSO | NICHOLAS NIZAMOFF | TIMOTHY KAPSHANDY |
| DANIEL LONG | JON GOLDWOOD | NICOLE BEHNEN | TIMOTHY KRIPPNER |
| DANIEL MANNA | JONATHAN MATTINGLY | NORA GIERKE | TIMOTHY PAGEL |
| DANIEL MCGRATH | JOSEPH CAGNOLI | OLLIE HARTON | TIMOTHY PIKE |
| DANIEL MULHOLLAND | JOSEPH SULLIVAN | PATRICK LAMB | TOBIN TAYLOR |
| DANIEL O'CONNELL | JOSHUA JOHANNINGM | PATRICK STUFFLEBEA | TRACY COWAN |
| DANIEL TRACHTMAN | JOSHUA LEE | PAUL O'FLAHERTY | TREVOR WILL |
| DAVID DOGAN | JOSHUA SCHEETS | PETER MARKS | W. SIESENNOP |
| DAVID SETTER | KAREN RHEINGANS | RAYMOND FOURNIE | WALTER WATKINS |
| DAVID SZLANFUCHT | KATHERINE SPITZ | RAYMOND MODESITT | WARD BROWN |
| DAVID TEMPLE | KATHRYN DOWNEY | REED SUGG | WILLIAM CROKE |
| DAVID YBARRA | KAYCE GISINGER | RICHARD BOYLE | WILLIAM MAHONEY |
| DEMETRA CHRISTOS | KEITH HAYS | RICHARD LAUTH | WILLIAM SERRITELLA |
| DENNIS CANTRELL | KENT PLOTNER | RICHARD RIEGNER | WILLIAM SHENKENBER |
| DONALD CARLSON | KENT ROGERS | RICHARD SCHUSTER | WILLIAM SMITH |
| DOUGLAS KING | KEVIN KNIGHT | RICK SHEA | WILLIS TRIBLER |